**LISA R. LANG,** OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
Email: Lisa@jplawpc.com
    Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **JUDITH SPRADLING,**<br>    Plaintiff, | Civil Action No. 6:20-cv-00843-AC |
| vs.<br>**COMMISSIONER of Social Security,**<br>    Defendant | ORDER GRANTING AWARD<br>OF ATTORNEYS FEES UNDER<br>42 U.S.C. § 406(b) |

### ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $ 17,418.20 minus $4,360.61 paid Plaintiff's Counsel in EAJA fees, for a total amount of $13,057.67.

It is FURTHER ORDERED that the Commissioner <u>may</u> pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff any remainder of her past due benefits.

DATED this 6th   day of October, 2022

_____
U.S. MAGISTRATE JUDGE